ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2012

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INDICTMENT |
| v. | NO. 1:12CR0287 |
| LEWIS JACKSON | UNDER SEAL |

THE GRAND JURY CHARGES THAT:

## BACKGROUND

At all times relevant to this Indictment:

1. The United States Penitentiary, Atlanta (USP) is a federal prison located in Atlanta, Georgia, in the Northern District of Georgia.

2. USP houses medium security male inmates and has a satellite camp for minimum security male inmates.

3. From approximately January, 2011, through July, 2012, defendant, LEWIS JACKSON, was employed as a physician in USP's medical unit, regularly treating inmates for a variety of medical conditions.

4. H.B., E.G. and S.C. are inmates who were incarcerated at USP and sought medical care from defendant, LEWIS JACKSON, in his capacity as a physician.

## COUNT ONE
(Sexual Abuse of a Ward)

5. The allegations set forth in paragraphs One through Four of this Indictment are re-alleged and incorporated into this Count as though fully set forth herein.

6. On or about October 12, 2011, in the Northern District of Georgia, the defendant, LEWIS JACKSON, while in USP, a federal prison, did knowingly engage in a sexual act, that is, contact between the defendant's hand and H.B.'s penis and contact between the defendant's mouth and H.B.'s penis, with another person, H.B., while H.B. was in official detention and under the custodial, supervisory and disciplinary authority of the defendant, in violation of Title 18, United States Code, Section 2243(b).

## COUNT TWO
(Sexual Abuse of a Ward)

7. The allegations set forth in paragraphs One through Four of this Indictment are re-alleged and incorporated into this Count as though fully set forth herein.

8. On or about October 13, 2011, in the Northern District of Georgia, the defendant, LEWIS JACKSON, while in USP, a federal prison, did knowingly engage in a sexual act, that is, contact between the defendant's mouth and E.G.'s penis, with

another person, E.G., while E.G. was in official detention and under the custodial, supervisory and disciplinary authority of the defendant, in violation of Title 18, United States Code, Section 2243(b).

## COUNT THREE
(Sexual Abuse of a Ward)

9. The allegations set forth in paragraphs One through Four of this Indictment are re-alleged and incorporated into this Count as though fully set forth herein.

10. In or about September or October, 2012, in the Northern District of Georgia, the defendant, LEWIS JACKSON, while in USP, a federal prison, did knowingly engage in a sexual act, that is, contact between the defendant's mouth and S.C.'s penis and contact between the defendant's penis and S.C.'s anus, with another person, S.C., while S.C. was in official detention and under the custodial, supervisory and disciplinary authority of the defendant, in violation of Title 18, United States Code, Section 2243(b).

## COUNT FOUR
(False Statements)

11. The allegations set forth in paragraphs One through Four of this Indictment are re-alleged and incorporated into this Count as though fully set forth herein.

12. On or about October 17, 2011, in the Northern District of Georgia, the defendant, LEWIS JACKSON, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make false, fraudulent and fictitious statements and representations as to material facts, in that he represented to a federal criminal investigator, that is, a Special Agent of the Office of Inspector General, United States Department of Justices that he never engaged in a sexual act with any inmate at USP , when in truth and in fact, and as the defendant then and there well knew, the defendant had engaged in a sexual act with an inmate at USP, in violation of Title 18, United States Code, Section 1001(a)(2).

A \_\_\_\_true\_\_\_\_ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

KURT R. ERSKINE
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 249953
U.S. ATTORNEY'S OFFICE
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303