UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 28 2012

JAMES N. HATTEN, Clerk
By: Deputy Clerk

DIVISION Atlanta
(USAO 2012R00146)

DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION
IN UNITED STATES DISTRICT COURT

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:12CR0287

UNDER SEAL

MAGISTRATE CASE NO. _____

_X_ Indictment     __ Information     __ Magistrate's Complaint

DATE: 8/28/2012     DATE:     DATE:

UNITED STATES OF AMERICA
vs.
**LEWIS JACKSON**

SUPERSEDING
_____
Prior Case No. & Date Filed

VIOLATION:

COUNTS CHARGED:
(as to deft)

TOTAL COUNTS:
(as to deft)

GREATER OFFENSE CHARGED:
__ Felony     __ Misdemeanor

**DEFENDANT:**

IS NOT IN CUSTODY:

1. _X_ Has not been arrested pending outcome of this proceeding.
   If not detained, give date any prior summons was served on above charges _____
2. __ Fugitive.
3. __ Is on bail or release from (district, state & date): _____

DATE OF ARREST: _____
   Or if arresting agency & warrant were not Federal: _____

DATE TRANSFERRED TO U.S. CUSTODY: _____

Are there any outstanding warrants in this proceeding __
__ Yes
__ No
Date: _____     Issued by: _____

IS IN CUSTODY:

4. __ On this charge.
5. __ On another conviction.
6. Awaiting trial on other charges __Yes __No
   ___ Federal __ State
   If Yes, show name of institution _____
   Has detainer been filed __ Yes     __ No
   If Yes, give date _____

ADDITIONAL INFORMATION OR COMMENTS:

MAGISTRATE:
JUDGE: _____
A.U.S.A.:  Kurt R. Erskine
DEFT'S ATTY: _____

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY
BY: Kurt R. Erskine
   Assistant United States Attorney

DATE: August 28, 2012