# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION FILE** |
| | : | |
| **LEWIS JACKSON,** | : | **NO. 1:12-CR-287-AT-AJB** |
| | : | |
| **Defendant.** | : | |

## ORDER CERTIFYING CASE READY FOR TRIAL

Counsel for the parties have appeared before the undersigned magistrate judge for a pretrial conference. There are no further motions or problems pending before the undersigned to prevent the scheduling of this case for trial.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, **CERTIFIED READY FOR TRIAL**.

**IT IS SO ORDERED**, this the 24th day of September, 2012.

_____
**ALAN J. BAVERMAN**
**UNITED STATES MAGISTRATE JUDGE**

AO 72A
(Rev.8/82)