IN THE UNITED STATES DISTRCIT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATE OF AMERICA,            *

v.                                  *   Criminal Indictment 1:12-CR-287-AT

LEWIS JACKSON                       *

UNOPPOSED MOTION TO CONTINUE THE PRE-TRIAL CONFERENCE

COMES NOW the defendant, by and through his counsel, Wesley Gerard Person, Esq., to respectfully move this Court to continue the pretrial conference for a period of approximately 30 days.   In support of this unopposed motion, the defendant makes the following points:

1.

A pretrial conference is scheduled in this case for October 5, 2012.

2.

Counsel for Mr. Jackson is respectfully requesting a continuance of approximately30 days.   The defendant was arraigned on September 6, 2012, and discovery was served on the same day, with additional discovery served on defense counsel within 10 days thereafter. Counsel for Mr. Jackson and Kurt Erskine, counsel for the government, have been in continuous discussions regarding a resolution to this case.

3.

Both sides now believe that they have reached a plea agreement in principal but need additional time to formalize the agreement.

4.

Furthermore, Mr. Jackson also has a pending criminal case in the Superior Court of the District of Columbia, and this Court providing a 30-day extension of time may well facilitate the

resolution of that case.

5.

Counsel for Mr. Jackson has spoken with Mr. Erskine, and the United States consents to the relief requested by this motion.

6.

The ends of justice will be served by granting this requested continuance, and outweigh the interest of the public and the defendant in a speedy trial. 18 U.S.C § 3161(h)(7)(A).   Indeed, it is expected that the continuance will obviate a need for a trial in this case.

WHEREFORE, for the foregoing reasons, the defendant respectfully requests that this Court:

(a) Grant this motion;

(b) Continue the pretrial conference for approximately 30 days and vacate the current trial date of October 9, 2012; and

(c) Grant such other and further relief as this Court deems just, proper, and equitable under the circumstances.

Respectfully submitted,

**s/Wesley Gerard Person**
Wesley Gerard Person
Attorney for the Defendant
Georgia State Bar No. 573526

The Person Law Firm, LLC
280 Constitution Blvd
Lawrenceville, Georgia 30046
770-277-7714
personlawfirm@gmail.com

IN THE UNITED STATES DISTRCIT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATE OF AMERICA,  *

vs.  *   Criminal Indictment 1:12-CR-287-AT

LEWIS JACKSON

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing **Motion to Continue The Pretrial Conference** with the Clerk of the Court using the CM/ECF system, which will automatically send electronic notification of such filing to the attorney of record.

This 1ST day of OCTOBER 2012.

s/**Wesley Geard Person**
WESLEY GERARD PERSON
Attorney for the Defendant
Georgia State Bar No. 573526

The Person Law Firm, LLC
280 Constitution Blvd
Lawrenceville, Georgia 30046
770-277-7714
personlawfirm@gmail.com