# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:12-cr-00287-AT-AJB
## USA v. Jackson
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 11/26/2012.

TIME COURT COMMENCED: 3:45 P.M.
TIME COURT CONCLUDED: 4:40 P.M.
TIME IN COURT: 00:55
OFFICE LOCATION: Atlanta
COURT REPORTER: Elise Evans
DEPUTY CLERK: Amy McConochie

| | |
|---|---|
| DEFENDANT(S): | [1]Lewis Jackson Present at proceedings |
| ATTORNEY(S) PRESENT: | Kurt Erskine representing USA<br>Wesley Person representing Lewis Jackson |
| PROCEEDING CATEGORY: | Change of Plea; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement, Notice of Sentencing |
| MINUTE TEXT: | The Defendant was sworn. After questioning the sworn defendant, the Court provisionally accepted his plea of guilty to Counts 1, 2, and 3 of the Indictment. Sentencing set for February 7, 2013, at 10:30 AM in Courtroom 2308. |