UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



UNITED STATES OF AMERICA

V.                                                                      1:12-cr-0287-AT

LEWIS JACKSON

## NOTICE OF SENTENCING DATE

**TO THE ABOVE-NAMED DEFENDANT:**

    By direction of the Honorable Amy Totenberg, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Northern District of Georgia on February 7, 2013, at 10:30 AM in Courtroom 2308, 75 Spring Street, Atlanta, Georgia 30303, for imposition of sentence. **You will receive no further notice.**

    If you are under bond, your failure to appear for sentencing on the above date will result in the forfeiture of your bond.

    IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed, and that you report immediately to the United States Probation Office of this Court for interview and further instruction. (Room 900)

DATE: November 26, 2012                                   JAMES N. HATTEN, CLERK

                                                                       s/ Amy Cash McConochie
                                                                       Courtroom Deputy Clerk

Received by Defendant: _____

Received by Counsel: _____

NOTE: No continuance can be granted except by Order of the Court. Any request should be brought to the Court's attention as soon as possible by having your attorney contact Amy Cash McConochie at (404) 215-1437, Amy_McConochie@gand.uscourts.gov.

| ☐ Plea | ☐ Trial | ☐ Nolo | ☒ Negotiated Plea |
| ☒ Bond | ☐ Federal Custody | ☐ State Custody | ☐ USM Custody |

cc:   ☒ Clerk's Office        ☐ U.S. Attorney        ☐ U.S. Marshal
       ☐ Defendant           ☐ Defense Counsel     ☐ U.S. Probation